UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| POPULAR AUTO, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>M/V SARINATY II, also known as DONE DEAL, its appurtenances, engines, tackle, equipment and furnishings, etc., *in rem*; MF PROPERTY INVESTMENT, INC., ALEJANDRO ENRIQUE MAYENDÍA BLANCO, HIS WIFE JANE DOE; AND THEIR CONJUGAL PARTNERSHIP,<br><br>    Defendants. | CIVIL NO. 09-1300 (DRD)<br><br><br><br>RE:<br><br>ADMIRALTY<br><br>ENFORCEMENT OF MARITIME LIEN |

**ORDER TO MOVE VESSEL FROM SUN BAY MARINA TO
VILLA MARINA YACHT HARBOR**

Upon consideration of plaintiff's *Motion Requesting Authorization to Move Vessel*, Docket No. 25, and *Motion to Supplement Docket 25*, Docket No. 26, and the United States Marshal's consent to move the vessel, the Court hereby authorizes the Substitute Custodian, Mr. José Terrassa-Nolla, to move the M/V SARINATY II, also known as DONE DEAL, Hull Identification Number LHRJC147D999, Official No. 1082368, and her appurtenances, engines, tackle, machinery, apparel, furniture, etc., by sea from the place of berth at Sun Bay Marina in Fajardo, Puerto Rico to the Villa Marina Yacht Harbor in Fajardo, Puerto Rico.  Hence, plaintiff's *Motion Requesting Authorization to Move Vessel* (Docket No. 25), is hereby granted.

The U.S. Marshal will arrest the M/V SARINATY II, also known as DONE DEAL, Hull Identification Number LHRJC147D999, Official No. 1082368, and her appurtenances, engines, tackle, machinery, apparel, furniture, etc. at Villa Marina Yacht

Harbor in Fajardo, Puerto Rico, as soon as the repairs to the M/V SARINATY II are completed. Plaintiff's *Motion to Supplement Docket 25*, Docket No. 26, is granted.

The Clerk will notify a copy of this *Order* to the United States Marshal for the District of Puerto Rico.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 19th day of October, 2010.

>                  s/Daniel R. Domínguez
>                  DANIEL R. DOMíNGUEZ
>                  United States District Judge